NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LANDMARK SCREENS, LLC,**
*Plaintiff-Appellant,*

v.

**MORGAN, LEWIS, & BOCKIUS, LLP,**
AND **THOMAS D. KOHLER,**
*Defendants-Appellees.*

---

2011-1297

---

Appeal from the United States District Court for the Northern District of California in case no. 08-CV-2581, Judge Jeremy Fogel.

---

## ON MOTION

---

## ORDER

Landmark Screens, LLC moves for a 45-day extension of time, until July 21, 2011, to file its opening brief and moves for a 30-day extension of time, until September 29, 2011, for the appellees' to file their responsive brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUL 19 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Clark S. Stone, Esq.
    Steven P. Ragland, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUL 19 2011**

**JAN HORBALY**
**CLERK**